ERIC MARTIN TURNER
1513 Grove Street
San Diego, California 92102
Telephone: (949) 606-3128

PLAINTIFF

FILED
2008 AUG 20 PM 2:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____XNH_____DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| ERIC MARTIN TURNER | Case No.: '08 CV 1539 H WMc |
| Plaintiff, | COMPLAINT |
| vs. | Date: August 20, 2008 |
| UNITED STATES, U.S. POSTAL SERVICE, and FRANK ROD, | |
| Defendants. | |

I am issuing this complaint against the United States Postal Service in the effort that the Court will award just compensation for damage made to my personal property by an on-duty, mail carrier.

On March 5th, 2007 I discovered that the roof of my parked vehicle had been completely smashed in.  No note was left explaining what had happened, so I filed a police report (# 07-013222) believing the incident to be a case of vandalism.  An entire month passed before I learned from neighbors that my mail carrier had caused the damage while evading a large dog.

1  I contacted my local post office, they confirmed the story to be
2  true, and I began to gather estimates for the damage and file my
3  official claim.  Upon completion of the U.S. Postal Service's
4  lengthy investigation, they denied 100% responsibility for the
5  incident and offered no compensation (U.S. Postal Service Case #
6  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A; U.S. Postal Service File # TC200821141).
7  Therefore, I appeal to the Court to decide in my favor, having
8  the U.S. Postal Service provide compensation for the damage that
9  was made by their employee while on duty.
10
11 It is also my understanding that the U.S. Postal Service is in
12 violation of the six-month deadline to complete their
13 disposition (filed 8/13/2007 and completed 5/5/2008).  Please
14 help me find resolution to this prolonged and inconvenient
15 issue.
16
17 Requested Compensation:
18       Filing Fee (if not granted In Forma Pauperis):  $350.00
19       Damage and Repairs based on estimates:  $998.88
20       Total: $1,348.88
21
22 DATED: August 20, 2008
23
24                                          Respectfully Submitted,
25
26                                    By: /s/ Eric Martin Turner
27                                          ERIC MARTIN TURNER
28

Eric Turner
1513 Grove Street
San Diego, CA 92102

August 9, 2007

Dear Geraldine,

I am sending this information, at your request, regarding the accidental damage that was done to my car by a postal carrier on March 5th 2007. Included with this email is my proof of registration, insurance, photographs, and three separate estimates of what it will cost to have the car repaired. Please note that the estimates are preliminary and that only one (Maaco) includes the cost of replacing the headliner on the interior ceiling of the car. With Maaco, replacing the headliner is a must. With the other companies, the headliner may not need replacement if the body repair process dose not damage it. Thank you very much for you cooperation and helpfulness in resolving this matter. If you have any further questions please contact me.

Sincerely,

Eric Turner
(949) 606-3128
eturner27@cox.net

Driver License # B5371636
Auto Club Case # G8594392042507
Police Report # 07-013222





```
                REGISTRATION VALID FROM              TYPE   LICENSE NUMBER
AUTO    07/16/2007 TO 07/16/2008     11     4DEG848
```

| VEHICLE IDENTIFICATION NUMBER | CYLS. | DATE FIRST SOLD | CLASS | MAKE VOLK | |
|---|---|---|---|---|---|
| 117320155 | | | | YR | Yr. Model |
| BODY TYPE MODEL SED113 | | 00/00/1967 | AF | 1999 | 1967 |
| DATE ISSUED 06/02/2007 | TYPE VEH. 120 | MP G | AX | WC | UNLADEN/G/CGW | TOTAL FEES PAID $48 |
| | | | | | 3700 |

REGISTERED OWNER

TURNER ERIC MARTIN
1513 GROVE ST
SAN DIEGO CA 92102-1524

LIENHOLDER

0



R0041
L0001

141052420075055

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
VALIDATED REGISTRATION CARD        M7645643
READ REVERSE SIDE - IMPORTANT INSTRUCTIONS

---



**PROOF OF INSURANCE**
Interinsurance Exchange of the
Automobile Club

Named Insured          Policy Number:  G 8594392

TURNER, ERIC

Effective Date: 06/05/07     Expiration Date: 06/05/08

This policy provides at least the minimum amounts of liability insurance required by the CA VEH CODE SECTION 16056 for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**VEHICLES ON POLICY**
YEAR    MAKE    VEH I.D. #
1967    VOLKS   117320155

**DRIVERS ON POLICY**
TURNER, ERIC
TURNER, ROBIN
TURNER, ADRIENNE
TURNER, SEAN



921 07 0510



**1-DAY PAINT & BODY CENTERS**
P.O. BOX 3037
TORRANCE 90510-3037

NAME: Turner, Eric
DAYTIME PHONE: 949-606-3128
DATE: 6/26/0?
ADDRESS: 1513 Grove St.
CITY: SD  STATE: CA  ZIP CODE: 92102

YR & MAKE: 07  MODEL: VW Bug  LICENSE: 4DFG848

COLOR INFORMATION: ☑ Match as close as possible

## ESTIMATE

BY SHOP #: ____ CITY: ____

| Description | Price |
|---|---|
| Plus 4, 5 yrs. Full Warranty Against Peeling, Wrinkling and Fading — Plus 4 | 1595.00 |
| Plus 3, 5 yrs. Full Warranty Against Peeling, Wrinkling and Fading — Plus 3 | 629.00 |
| Plus 2, 3 yrs. Full Warranty Against Peeling, Wrinkling and Fading — Plus 2 | 499.00 |
| Plus 1, 1 yr. Full Warranty Against Peeling, Wrinkling and Fading — Plus 1 | 329.00 |
| Color Change Package (Includes door jambs, hood edges and trunk edges) — Color Change | PER ESTIMATE |
| Pinstripes (Tape) — Pinstripes | 60.00 |
| Large vehicle charge van, S.U.V., Truck, other | |

This vehicle requires special surface preparation — YES / NO (circle one)

| REPLACE/REPAIR | Description | LABOR | PARTS LIST | SUBLET-NET & PAINT |
|---|---|---|---|---|
| ✓ | dents roof | 3.25 | | |
| | Refinish | | | 225— |

**NOT A COPY — DO NOT PAY ON THIS ESTIMATE**

RECEIVED AUG 13 2007 OPS PROG SAN DIEGO CA 92199

ESTIMATE  B 1936000

All Parts new O.E.M. unless coded (S) Sublet, (EX) Exchange, (U) Used, (R) Rebuilt, (AM) After Market — See back for additional definitions

PARTS PRICES based on Standard Catalogue, & Price CHANGES WITHOUT NOTICE. Service Charges may be added for special items not available locally. REPLACED PARTS JUNKED, unless Owner asks Return of Parts when order is placed. Above estimate based on this inspection. Additional Parts, or Labor, may be required after the work has opened up damage previously obscured.

ESTIMATE EXPIRES 30 DAYS AFTER DATE

My car will be driven by your employees to make required tests at my risk. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. I hereby waive the Statute of Limitations and if any action on this account requires employment of an attorney I agree to pay 1 1/2% interest per month, which is annual percentage rate of 18% from date, reasonable attorney's fee and court costs.
I have read the above, received a copy, and above work hereby authorized.

Taxable Amount $ ____

*This charge is not imposed by any government agency. It is used by 1-Day to offset the considerable costs of complying with Local, State and Federal regulations.

INSURANCE DEDUCTIBLE MUST BE PAID BEFORE CAR IS RELEASED
474-3353

| | |
|---|---|
| LABOR hrs | 3.25 @ $50 = 8150 |
| (net) PARTS | |
| PAINT | 225— |
| PREP | |
| SUBLET NET | |
| BODY MAT'L (metal & Prep Labor @ 28%) | 42 |
| COLOR CHANGE | |
| LG. VEH | |
| ENVIRONMENTAL COMPLIANCE CHARGE | 19.00 |
| SALES TAX | 8.93 |
| Total $ | 444.93 |

(Owner / Agent) By ____ Date ____  CUSTOMER    Kim    ESTIMATED BY

Rev. 1/03

**CARCOA QUALITY BODY & PAINT**
**3913 CONVOY ST.**
**SAN DIEGO, CA 92111**
OFFICE: 858-278-1040   FAX: 858-278-1096
BAR#: AK196634   EPA#: CAD981370075



CD LOG NO 2054-1   DATE 06/26/07

| | | | |
|---|---|---|---|
| SHOP: | CARCOA QUALITY BODY & PAINT | INSP DATE: | 06/26/07 |
| ADDRESS: | 3913 CONVOY ST. | PHONE 1: | (858)278-1040 |
| CITY STATE: | SAN DIEGO, CA | FAX: | (858)278-0891 |
| ZIP: | 92111- | | |
| OWNER: | TURNER, ERIC | | |

POINT OF IMPACT: 0

| | | | |
|---|---|---|---|
| LIC#: | | STATE: | |
| BODY COLOR: | | VIN: | UNREADABLEVIN |
| CONDITION: | | MILEAGE: | |
| | | ACCTNG CTL#: | |

```
*=USER-ENTERED VALUE      E=REPLACE OEM              NG=REPLACE NAGS
EC=REPLACE ECONOMY        UE=REPLACE OE SURPLUS      UC=RECONDITIONED PRT
UM=REMAN/REBUILT PRT      EU=REPLACE SALVAGE         EP=REPLACE PXN
OE=REPLACE PXN OE SRPLS   PC=PXN RECONDITIONED       PM=PXN REMAN/REBUILT
TE=PARTL REPL PRICE       ET=PARTL REPL LABOR        IT=PARTIAL REPAIR
I=REPAIR                  L=REFINISH                 BR=BLEND REFINISH
TT=TWO-TONE               CG=CHIPGUARD               SB=SUBLET
N=ADDITIONAL LABOR        RI=R&I ASSEMBLY            P=CHECK
AA=APPEAR ALLOWANCE       RP=RELATED PRIOR           UP=UNRELATED PRIOR
```

1967 VOLKSWAGEN BEETLE   STD 2DOOR SEDAN   4CYL GASOLINE 1.5
CODE:   T999Z1/A OPTNS A/24F

OPTIONS:
  TWO-STAGE - EXTERIOR SURFACES       TWO-STAGE - INTERIOR SURFACES
  4 SPEED TRANS

| OP | GDE | MC | DESCRIPTION | MFG.PART NO. | PRICE | AJ% | B% | HOURS | R |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5.0*| 1 |
| I | 0322 | | PANEL,ROOF | REPAIR | | | | 4.0*| 4 |
| L | 0322 | | PANEL,ROOF | REFINISH | | | | 1.0*| 1* |
| L | M15 | | COLOR TINT | REFINISH | | | | 0.5*| 1* |
| L | M17 | | COVER CAR EXTERIOR | REFINISH | | | | | 4* |
| SB | | | ENVIRONMENTAL FEE | SUBLET REPAIR | 19.00* | | | | |

  5 ITEMS

FINAL CALCULATIONS & ENTRIES                                112.00
    PAINT MATERIAL                                          112.00
  PARTS & MATERIAL TOTAL
    TAX ON PARTS & MATERIAL @              7.750%             8.68



921 07 0510

1967 VOLKSWAGEN BEETLE     STD 2DOOR SEDAN
CD LOG NO 2054-1

| | RATE | REPLACE HRS | REPAIR HRS | |
|---|---|---|---|---|
| LABOR | | | | |
| 1-SHEET METAL | 42.00 | 1.5 | 5.0 | 273.00 |
| 2-MECH/ELEC | 65.00 | | | |
| 3-FRAME | 55.00 | | | 168.00 |
| 4-REFINISH | 42.00 | 4.0 | | |
| 5-PAINT MATERIAL | 28.00 | | | 441.00 |
| LABOR TOTAL | | | | 19.00 |
| SUBLET REPAIRS | | | | |
| TOWING | | | | |
| STORAGE | | | | |
| | | | | 580.68 |
| GROSS TOTAL | | | | |
| | | | | 580.68 |
| NET TOTAL | | | | |

SHOPLINK UM471 ES CD LOG 2054-1 DATE 06/26/07 03:21:35PM R6.37   CD 06/07
PXN: NO        GEOCODE 92111
HOST LOG
(C) 1998 - 2007 AUDATEX NORTH AMERICA, INC.

----------------------------------------------------------------------

THIS A PRELIMINARY ESTIMATE. CHANGES MAY BE REQUIRED FOR THE ACTUAL REPAIR





MAACO COLLISION REPAIR & AUTO PAINTING CENTERS ARE LICENSED BY MAACO ENTERPRISES, INC., AND ARE PRIVATELY OWNED AND OPERATED.

**Maaco**

REPAIR ORDER: **4591**

NAME: **ERIC TARNER**
ADDRESS: **1513 GROVE ST**
CITY: **SAN DIEGO**   STATE: **CA**   ZIP: **92102**
HOME PHONE: **949-606-3128**
WORK PHONE:
EST. COMPLETION DATE:

**MAACO COLLISION REPAIR & AUTO PAINTING**

CENTER: M1767
5670 KEARNY VILLA RD
CA BAR #AB198224/ EPA CAD 9811 72208
SAN DIEGO, CA 92123
TEL: 858-277-4250    FAX: 858-277-4926

ESTIMATE DATE: **06/26/2007**
ESTIMATOR: **CECIL**

YEAR/MAKE/MODEL: **1967 VW BUG**
LICENSE/STOCK NO.: **4DEG848**   STATE: **CA**   VIN: **1**
DATE IN:   DATE OUT:   □ INS   □ TRADE & FLEET   □ WARRANTY
PAINT COLOR:
MILEAGE IN: **734212**   OUT:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SURFACE PREPARATION | | | | | | | | |
| PAINT SERVICES | SPOT ROOF | | | | | | | 250.00 |
| PROTECTION PACKAGES | | | | | | | | |
| ADDITIONAL PAINT CHARGES | | | | | | | | |
| OTHER PAINT OPTIONS | | | | | | | | |
| PAINT COMMENTS | | | | | | | | |
| SURFACE RECONDITIONING | | | | | | | | |

| REPAIR/REPLACE | BODY REPAIR WORK | PART # | PRICE | METAL | STRUCT | MECH | SUBLET | SPOT PAINT |
|---|---|---|---|---|---|---|---|---|
| X | ROOF | | | 8.0 | | | | |
| | HEAD LINER | | | | | | 415.00 | |

MATERIALS & SUPPLIES
REMARKS: NO WARRANTY ON BODY REPAIR NOT LISTED ON THIS REPAIR ORDER & OR ESTIMATE

| | |
|---|---|
| PAINT | 250.00 |
| SURFACE RECON | 0.00 |
| MATERIALS & SUPPLY | 0.00 |
| PARTS | 0.00 |
| BODY LABOR | 320.00 |
| SUBLET/ENV | 425.00 |
| SPOT PAINT | 0.00 |
| GROSS SALES | 995.00 |
| AMOUNT TAXABLE | 50.00 |
| TAX | 3.88 |
| TOTAL INCLUDING TAX | 998.88 |
| DEPOSIT | |
| PAYMENTS | |

Stamp: RECEIVED AUG 13 2007 OPS PROG SAN DIEGO CA 92199

INFO COPY

**ESTIMATE / DAMAGE REPORT**

THIS IS NOT A FINAL REPAIR ORDER. FINAL REPAIR ORDER & WARRANTY CARD WILL BE ISSUED AT PAYMENT

Date 06/26/2007   Time 1:12 PM   Page 1.

*M17674591*    921 07 0510



CSA / TORT CLAIM COORDINATOR
ACCIDENT INVESTIGATION & TORT CLAIM UNIT
SAN DIEGO DISTRICT


UNITED STATES POSTAL SERVICE

August 20, 2007

Eric Martin Turner
1513 Grove St
San Diego CA 92102-1524

Subject: **TORT CLAIM / VEHICLE INCIDENT**
Date of Accident/Incident:   3/3/2007
Location of Accident:         San Diego
Driver of Private Vehicle:    Turner, Eric Martin
Private Vehicle:              CA  4DEG848
Postal Employee:              Frank, Rod
U.S. Postal Service Case No.: 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A

Dear Mr. Turner:

The U.S. Postal Service is an independent establishment of the executive branch of the Government of the United States of America, and as such, tort claims against the U.S. Postal Service are governed by the Federal Tort Claims Act, Title 28 U.S.C. § 2671.

Enclosed you will find form SF-95, *(Claim For Damage, Injury, or Death)*, which may be used to file a Tort Claim against the U.S. Postal Service. The claim must be presented by the actual party at loss, such as the legal owner(s) of the property, the injured party, insurance carrier (as subrogee of ...), or on behalf of the claimant by the claimant's legal representative. If the claimant is attorney represented, the names/addresses of both the claimant and legal representative must be listed in block #2 of the claim form.

The claim form must be completed in its' entirety, (both sides). The claimant should enter the word "<u>None</u>" in sections(s) of the form that do not apply to their claim. <u>*Do not leave any spaces blank*</u>, as your claim form cannot be returned for amendments. The claim must be presented in a **Sum Certain Amount**, (specific dollar amount).

<u>Property Damage Claims</u> -- If the property is economically repairable, claimants may submit either two itemized estimates of repair, from the repair facilities their choice, or if the property has been repaired, a copy of the itemized repair invoice & proof of payment, (copy of canceled check, credit card receipt, or paid cash receipt).

<u>Personal Injury Claims</u> -- The claimant must submit copies of all itemized medical billings and a report from the attending physician, showing the nature & extent of injury, the nature & extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation.

Failure to complete the claim form in its' entirety or to supply the required support documents within two (2) years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed. Failure to submit the claim in a *Sum Certain Amount* will result in invalid presentation of your claim and may result in forfeiture of your rights.

<u>Your claim should be submitted to my office at the address listed below.</u>  For more information call (858) 674-0502.

*Paul H Sands* (signature)
Paul H Sands

Enclosure

ACCIDENT INVESTIGATION & TORT CLAIM UNIT
UNITED STATES POSTAL SERVICE
11251 RANCHO CARMEL DRIVE  ROOM 384
SAN DIEGO CA 92199-9334

PH:  (858) 674-0502
FAX: (858) 674-0544

CSA / TORT CLAIM COORDINATOR
ACCIDENT INVESTIGATION & TORT CLAIM UNIT
SAN DIEGO DISTRICT


UNITED STATES POSTAL SERVICE

April 17, 2008

Eric Martin Turner
1513 Grove St
San Diego CA 92102-1524

Subject: **TORT CLAIM / VEHICLE INCIDENT**
Date of Accident/Incident: 3/3/2007  *Saturday — Wrong Date*
Location of Accident: San Diego  *(3/05/2007)*
Private Vehicle: CA 4DEG848
Owner of Private Vehicle: Turner, Eric Martin
Postal Employee: Frank, Rod
U.S. Postal Service Case No.: 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A

Dear Mr. Turner:

This will serve to both acknowledge receipt of your claim in connection with the above captioned incident and to advise you of the status of your claim.

Your claim has been forwarded to the Tort Claim Section of the USPS Accounting Service Center in St Louis, Missouri, where it will be given careful consideration by the Postal Service, and you will be advised regarding the outcome of the matter. I would anticipate that you should receive a response from our St Louis Office within approximately 30-60 days.

Sincerely,

*Paul H. Sands*
Paul H Sands

ACCIDENT INVESTIGATION & TORT CLAIM UNIT
UNITED STATES POSTAL SERVICE
11251 RANCHO CARMEL DRIVE  ROOM 384
SAN DIEGO CA 92199-9334

PH: (858) 674-0502
FAX: (858) 674-0544



TORT CLAIMS
ACCOUNTING SERVICE CENTER





**CERTIFIED NO: 7006 2760 0004 9253 9554**
**RETURN RECEIPT REQUESTED**

May 5, 2008


ERIC MARTIN TURNER
1513 GROVE STREET
SAN DIEGO CA 92102-1524


RE:  Claimant:                    ERIC MARTIN TURNER
     USPS File No:                TC200821141

Dear Mr. Turner:

This is in reference to the administrative claim you filed under the prov
Federal Tort Claims Act, as a result of damages allegedly sustained o
March 3, 2007.

The Postal Service is not legally obligated to pay all losses which may
only those caused by the negligent or wrongful act or omission of an e
acting in the scope of his/her employment. We are guided in our dete
all the information available to us, including the reports of our personn
other persons acquainted with the facts.

As to the incident at issue, an investigation of this matter failed to esta
negligent act or omission on the part of the U.S. Postal Service or its e
While we regret any damages or injuries that may have occurred, we
legal liability for them. Our investigation concludes that the owner of tl
Jenna Paloma Cordova-Kelly, bear 100% responsibility for the inciden
your claim. Our carrier acted reasonably in his attempt to escape Ms.
Kelly's pit bull. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if diss
the Postal Service's final denial of an administrative claim, a claimant
a United States District Court no later than six (6) months after the dat
Service mails the notice of that final action. Accordingly, any suit filed
this denial must be filed no later than six (6) months from the date of tl
this letter, which is the date shown above.

P O BOX 80471
ST LOUIS MO 63180-9471
FAX (314) 436-5425
PHONE (314) 436-5559/5595

- 2 -

Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim.

Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

Eura L. Williams
Accounting & Control Specialist

cc:   Paul H Sands
      Tort Claims Coordinator
      Case No: 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A

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** ERIC MARTIN TURNER

**DEFENDANTS** UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and FRANK, ROD

(b) County of Residence of First Listed Plaintiff SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) N/A

Attorneys (If Known)

'08 CV 1539 H WMc

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C § 1346(b) and 28 U.S.C § 2674
Brief description of cause: Damages caused to personal property by government employee

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/20/08   SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

