**PLAINTIFF/PETITIONER/MOVANT'S NAME** ERIC MARTIN TURNER

**PRISON NUMBER** N/A

**PLACE OF CONFINEMENT** N/A

**ADDRESS** 1513 GROVE STREET
SAN DIEGO, CA 92102

FILED 2008 AUG 20 PM 2:0
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

ERIC MARTIN TURNER

Plaintiff/Petitioner/Movant

v.

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE, and
ROD FRANK

Defendant/Respondent

Civil No. '08 CV 1539 H WMc

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?   Yes   (No)   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?          Yes   (No)
   Do you receive any payment from the institution?   Yes   (No)
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/97)                                                                                  ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? (Yes)  No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   Substitute Teacher currently on Summer break. Last pay period 7/01/08 to 7/31/08 for $1,209.71 San Diego Unified School District, 4100 Normal Street, San Diego CA 92103-2682
   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     (Yes)   No
   b. Rent payments, royalties interest or dividends    Yes    (No)
   c. Pensions, annuities or life insurance              Yes    (No)
   d. Disability or workers compensation                 Yes    (No)
   e. Social Security, disability or other welfare       Yes    (No)
   e. Gifts or inheritances                              Yes    (No)
   f. Spousal or child support                           Yes    (No)
   g. Any other sources                                  Yes    (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   $1,619.76 for occasional construction work. Future expected income is unknown

4. Do you have any checking account(s)? (Yes)  No
   a. Name(s) and address(es) of bank(s): Washington Mutual 3921 30th St San Diego, CA
   b. Present balance in account(s): $8,522.50

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  (Yes)  No
   a. Name(s) and address(es) of bank(s): Vanguard Group, P.O. Box 105431 Atlanta, GA 30348-9532
   b. Present balance in account(s): $2,734.88

6. Do you own an automobile or other motor vehicle? (Yes)  No
   a. Make: Volkswagen   Year: 1967   Model: Beetle
   b. Is it financed?   Yes  (No)
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  (No)
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Spouse 50%

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   - Combined school loans with spouse about $18,000 payments are about $200 a month to Direct Loans, US Department of Education, P.O. Box 1723, Montgomery, AL 36102-1723
   - Entering Graduate School, CAL Poly Pomona about $1,600 a quarter
   - Rent, Insurance, moving cost

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    Television $800    Spouse's Car $7,500
    Computer $900
    guitars $2,000

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    N/A

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE  8/20/08

SIGNATURE OF APPLICANT