# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN TURNER,<br><br>    Plaintiff,<br>  vs.<br><br>UNITED STATES; UNITED STATES POSTAL SERVICE; and FRANK ROD,<br><br>    Defendants. | CASE NO. 08-CV-1539-H (WMc)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE |

   On August 20, 2008, Plaintiff submitted a pro se complaint alleging $998.88 of damage to his car caused by a United States mail carrier. (Doc. No.1) Plaintiff also submitted a motion to proceed in forma pauperis ("IFP"). (Doc. No. 2.) Plaintiff attached information about his administrative claim filed with the Postal Service, including a May 5, 2008, letter rejecting his claim. The Postal Service concluded that since the mail carrier was attempting to escape an attacking dog, the owner of the dog, and not the Postal Service, should bear responsibility.

/ / /

/ / /

/ / /

/ / /

- 1 -

08cv1539

1  Based on the information submitted thus far, it appears that Plaintiff is able to pay
2 the filing fee. For example, Plaintiff is employed as a substitute teacher and has a
3 checking account balance of over $8,500. Therefore, the Court denies the motion to
4 proceed IFP without prejudice. Plaintiff may submit the entire filing fee within **30 days**
5 of the date this ordered is filed.
6  IT IS SO ORDERED.
7 DATED: August 25, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.